**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        ) | |
|                                  ) | No. CR 06-0379-PHX-FJM |
| Plaintiff,      ) | |
|                                  ) | **ORDER** |
| vs.                              ) | |
|                                  ) | |
| Carlos Alejo Puente-Galindo,     ) | |
|                                  ) | |
| Defendant.      ) | |
|                                  ) | |

Pending before the Court is Defendant's Motion for Extension of Time to Indict (Doc. #6). Defendant was arrested on March 16, 2006, and indicted on April 11, 2006. Accordingly,

**IT IS ORDERED** denying Defendant's Motion for Extension of Time to Indict (Doc. #6), as moot.

DATED this 13th day of April, 2006.

David K. Duncan
United States Magistrate Judge